738

Paul Bradley and Kenneth L. Jones, both of State Appellate Defender's Office, of Chicago, for appellants.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., and Roger L. Horwitz, Assistant State's Attorney, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* EDDIE PERRY, Defendant-Appellant.

(No. 58024;

First District (3rd Division)—September 5, 1974.

Paul Bradley and Robert E. Davison, both of State Appellant Defender's Office, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.